UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X    07CV4464(AKH)
MARIA DE LA CRUZ,

                           Plaintiffs,

- against –

                                                          ANSWER

80 LAFAYETTE ASSOCAITES, LLC, ALAN KASMAN DBA
KASCO, AMERICAN EXPRESS BANK,
LTD, AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., ANN TAYLOR STORES
CORPORATION, B.R. FRIES & ASSOCIATES, INC.,
BATTERY PARK CITY AUTHORITY, BFP TOWER
C CO. LLC., BFP TOWER C MM LLC., BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BLUE MILLENNIUM REALTY LLC,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC., CENTURY
21, INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., GRUBB & ELLIS
MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES
CO., LEHMAN BROTHERS HOLDINGS INC.,
LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL
PAPER, INC., MAYORE ESTATES LLC, MAYORE
ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC
AS TENANTS IN COMMON, MCCLIER CORPORATION,
MERRILL LYNCH & CO, INC., NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STONER AND COMPANY,
INC., STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., TOSCORP
INC., TRAMMELL CROW COMPANY, TRAMMELL
CROW CORPORATE SERVICES, INC., WESTON SOLUTIONS,
INC., WFP RETAIL CO. L.P., WFP TOWER B CO. G.P.
CORP., WFP TOWER B HOLDING CO., LP, WFP
TOWER B., ET AL

               Defendants.
---------------------------------------------------------------------------------- X

  PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

  WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
   September 14, 2007

               Yours, etc.

               FRIEDMAN, HARFENIST, LANGER & KRAUT
               Attorneys for Defendant –Envirotech
               3000 Marcus Avenue, Suite 2E1
               Lake Success, New York 11042
               (516) 775-5800

               BY: _/s/ H. Smar_
                  Heather L. Smar (4622)