x:\ATS51912\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X      21 MC 102 (AKH)
MARIA DE LA CRUZ,

                              Civil Action No.: 07 CV 4464

                              NOTICE OF ADOPTION

                    Plaintiff(s),
- against -

80 LAFAYETTE ASSOCIATES, LLC, ALAN
KASMAN DBA KASCO, AMERICAN EXPRESS
BANK, LTD., AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC., ANN TAYLOR
STORES CORPORATION, B.R. FRIED &
ASSOCIATES, INC., BATTERY PARK CITY
AUTHORITY, BFP TOWER C CO., LLC., BFP
TOWER C MM LLC., BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC., D/B/A BMS
CAT, BLUE MILLENNIUM REALTY LLC,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CENTURY 21,
INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELLIS MANAGEMENT SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
LEHMAN BROTHERS HOLDINGS INC.,

LEHMAN BROTHERS, INC., LEHMAN
COMMERCIAL PAPER, INC., MAYORE
ESTATES LLC, MAYORE ESTATES LLC AND 90
LAFAYETTE ASSOCIATION LLC AS TENANTS
IN COMMON, MCCLIER CORPORATION,
MERRILL LYNCH & CO, INC., NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL INC, STONER
AND COMPANY, INC., STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES,
INC., TOSCORP INC, TRAMMELL CROW
COMPANY, TRAMMELL CROW CORPORATE
SERVICES, INC., WESTON SOLUTIONS, INC.,
WFP RETAIL CO. G.P. CORP., WFP RETAIL CO.
L.P., WFP TOWER B CO. G.P. CORP., WFP
TOWER B HOLDING CO., LP, AND WFP TOWER
B. CO., L.P.,

                  Defendant(s).
------------------------------------------------------------------------X

COUNSELORS:

       PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

       WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
October 15, 2007

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
ANN TAYLOR STORES CORPORATION.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600